Georges A. Haddad (SBN 241785)
Candace J. Frazier (SBN 328721)
CLARK HILL LLP
505 Montgomery Street, 13th Floor
San Francisco, California 94111
ghaddad@clarkhill.com
cfrazier@clarkhill.com
Telephone: (415) 984-8507
Facsimile: (415) 984-8599

Eric Dorkin (*pro hac vice admission to be filed*)
CLARK HILL PLC
130 East Randolph Street, Suite 3900
Chicago, Illinois 60601
edorkin@ClarkHill.com
Telephone: (312) 985-5900
Facsimile: (312) 985-5999

Attorneys for Plaintiff
New Berry, Inc. also d/b/a Berry Metal Company

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NEW BERRY, INC. d/b/a BERRY METAL COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>TODD G. SMITH, ALLAN J. MACRAE and MACRAE TECHNOLOGIES, INC.,<br><br>Defendant. | CASE NO. 4:21-cv-09324-HSG<br><br>**ORDER FURTHER EXTENDING TIME TO AMEND COMPLAINT**<br><br>Assigned to Haywood S. Gilliam, Jr.<br>U.S. District Court Judge |

///

Upon consideration of the Unopposed Motion of Plaintiff, NEW BERRY, INC., d/b/a BERRY METAL COMPANY to Extend the Time for leave to file an amended complaint through and including February 28, 2022, and for Defendants ALLAN J. MACRAE and MACRAE TECHNOLOGIES, INC. (the "MacRae Defendants") to plead, answer, move, or otherwise respond to the amended complaint extended through and including March 31, 2022,

IT IS HEREBY ORDERED that:

1. The time for leave to Plaintiff to file its amended complaint against the MacRae Defendants is extended through and including February 28, 2022; and

2. The time for the MacRae Defendants to plead, answer, move, or otherwise respond to the amended complaint is extended through and including March 31, 2022.

3. All other case management dates shall remain in effect.

SO ORDERED this 31st day of January, 2022.

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Court Judge