CLARK HILL LLP
Candace Frazier (SBN 328721)
cfrazier@clarkhill.com
505 Montgomery Street
13th Floor
San Francisco, CA 94111
Telephone:  (415) 984-8500
Facsimile:   (415) 984-8599

Eric Dorkin (pro hac vice admission to be filed)
CLARK HILL PLC
130 East Randolph Street, Suite 3900
Chicago, Illinois 60601
edorkin@ClarkHill.com
Telephone: (312) 985-5900
Facsimile: (312) 985-5999

Attorneys for Plaintiff New Berry, Inc. also d/b/a Berry Metal Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW BERRY, INC. D/B/A BERRY METAL COMPANY,<br><br>          Plaintiff,<br><br>     v.<br><br>TODD. G. SMITH, ALLAN J. MACRAE AND MACRAE ,<br><br>          Defendants. | Case No. 4:21-cv-09324-HSG<br><br>**JOINT STIPULATION OF DIMISSAL WITHOUT PREJUDICE AND ORDER**<br><br>Assigned to Haywood S. Gilliam, Jr.<br>U.S. District Court Judge |

Plaintiff, NEW BERRY, INC., d/b/a BERRY METAL COMPANY and Defendants ALLAN J. MACRAE and MACRAE TECHNOLOGIES, INC. ("MacRae Defendants"), hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed without prejudice as to all claims directed at the MacRae Defendants only, with each party bearing that party's own attorneys'

fees, expenses and costs.  This Stipulation and Proposed Order of Dismissal shall not, in any way, affect any claims or counts directed at Todd G. Smith in the matter that remains pending the United States District Court for the Northern District of Indiana, Case No. 19-CV-00159.

DATED:  March 31, 2022          By: _____
                                                             Georges A. Haddad
                                                             Candace J. Frazier
                                                             Eric Dorkin (*pro hac vice admission to be filed*)
                                                             CLARK HILL PLC
                                                             Attorneys for Plaintiff New Berry, Inc. d/b/a Berry Metal Company

DATED:  March 31, 2022          By:  /s/ Timothy P. Getzoff
                                                             Timothy P. Getzoff
                                                             HOLLAND & HART LLP
                                                             555 17th Street, Suite 3200
                                                             Denver, CO  80202-3921
                                                             Attorneys for Defendants Allan J. MacRae and MacRae Technologies, Inc.

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITHOUT PREJUDICE as to all claims directed at the MacRae Defendants only, with each party bearing that party's own attorneys' fees and costs. This Stipulation and Order of Dismissal shall not, in any way, affect any claims or counts directed at Todd G. Smith in the matter that remains pending in the United States District Court for the Northern District of Indiana, Case No. 19-CV-00159.

The Clerk is directed to close the file.

SO ORDERED this 1st day of April, 2022.

*Haywood S. Gilliam, Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Court Judge